**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ITALIAN CONNECTION, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE DRESS BARN, INC., *et al.*,<br><br>Defendants. | Case No.: 2:15-cv-08878-CBM-MRW<br><u>Hon. Consuelo B. Marshall Presiding</u><br><br>~~[PROPOSED]~~ ORDER TO DISMISS ACTION WITHOUT PREJUDICE<br><br>[JS-6]<br><br>NOTE CHANGES MADE BY THE COURT |

- 1 -

~~[PROPOSED]~~ ORDER TO DISMISS ACTION WITHOUT PREJUDICE

**[PROPOSED] ORDER**:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action be dismissed without prejudice.
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;
3. This dismissal without prejudice may be converted to a dismissal with prejudice at a later date; upon request by the parties; and
4. The Parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: ___JAN. 26___, 2017     By: _____
                                    HON. CONSUELO B. MARSHALL
                                    UNITED STATES DISTRICT JUDGE

- 2 -

[PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE